# **EXHIBIT E**

Shield Acquisition Group
13769 Main Street
Lemont, IL 60439

August 8, 2011

Mr. Thomas F. Sax
Secretary
Shield Technologies Corporation
181 West Madison
Suite 3900
Chicago, IL 60602

Re: Notice of Conversion of Notes Made by Shield Technologies Corporation

Dear Mr. Sax:

Pursuant to the provisions of Section 1(d) of each of the Amended and Restated Senior Secured Convertible Promissory Notes dated August 17, 2010 in the principal amounts of $300,000 and $1,250,000, respectively, the undersigned hereby notifies you, as an officer of Shield Technologies Corporation ("STC"), as of August 8, 2011 that Shield Acquisition Group, LLC ("SAG") is exercising its right to convert the aforementioned notes into shares of STC common stock as follows:

1. The $300,000 principal amount note to the full extent of the principal and $15,600 of the $15,750 accrued and unpaid interest through the two quarters most recently ended for a total of 526 shares; and
2. The $1,250,000 principal amount note to the extent of the $65,625 of the accrued and unpaid interest thereon through the two quarters most recently ended and $766,087.50 of principal for a total of 625 shares.

Pursuant to Section 1(f) of the $1,250,000 note, STC is required to deliver a stock certificate(s) for the 1151 shares to SAG and to deliver to SAG a replacement note in the principal amount of $483,912.50. With respect to the $300,000 note $150 of accrued and unpaid interest for the two quarters most recently ended which is not being used in the conversion plus the accrued and unpaid interest through August 8, 2011, the date of conversion, shall remain payable to SAG in cash as per the terms of that note.

Pursuant to the terms of the notes upon notice of conversion the holder of the notes is deemed to hold the shares with respect to which the holder has exercised conversion rights. As a result then SAG is the majority stockholder of STC and desires to exercise its right to elect a majority of the board of directors of STC. Please be advised that this letter shall also constitute notice by SAG that Messrs. Weible and Zingg hereby request that a meeting of the stockholders of STC be called and that until such meeting the board of STC shall take no substantive action regarding the business or operations of STC.

Mr. Thomas F. Sax
August 8, 2011

The share certificates and replacement note should be made in the name of Shield Acquisition Group, LLC and delivered to SAG in care of the undersigned at K Five Construction, 13769 Main Street, Lemont, Illinois 60439 Attention: Mark Sniegowski.

Very truly yours,

William "Mike" Weible
Manager