# EXHIBIT H

# AMPERSAND, RESET & SOUTH EASTERN
# LIMITED PARTNERSHIP

360 North Michigan Avenue, Suite 1009
Chicago, IL 60601-3803
Telephone (312) 857-7820
Fax (312) 827-1234

*PARTNERS*
*Thomas E. Donnelley II*
*James R. Donnelley*
*Robert G. Donnelley*
*David E. Donnelley*

DIRECT:
*James R. Donnelley (312) 827-1201*
*james.donnelley@stetandquery.com*

*(Via Email & U.S. Postal Mail)*

September 13, 2011

Mr. Samuel Wm Sax
Chairman & CEO
Shield Technologies Corporation
181 West Madison Avenue, Suite 4700
Chicago, IL 60602

Dear Sam:

I write you on behalf of my brothers and myself in our capacity as Members of Shield Acquisition Group LLC ("SAG") and hence shareholders in Shield Technology Corp ("Shield") and as a director of Shield Technology Corp..

It has come to our attention that two Managers of SAG, Mike Weible and Mark Sniegowski ("Two Managers"), have attempted to transfer promissory notes payable to SAG in order to purchase or acquire shares in Shield Technology Corp. ("Shield"). Please be advised that as a member of SAG, we have received no formal notice of these actions and that the Two Managers have not given notice to the SAG Members of any meeting to either consider or vote on such action as is required by Section 7.3 of the Limited Liability Company Agreement of SAG. In addition, we do not in any way consent to, authorize or support any such action either by the Two Managers or SAG. In fact, we directly oppose the action and do not authorize the Two Managers to any way vote or exercise control over any shares in Shield due us. Section 7.3 and Section 7.6 along with subsections 5.2(a) and 5.2(j) of the Limited Liability Company Agreement of SAG require <u>all of the following with respect to any such action (a) a meeting of the SAG Members; (b) notice from a Manager to each SAG Member of the meeting; and (c) a vote in favor of the action "of not less than two-thirds (2/3) of the Units then outstanding" at a duly noticed meeting.</u> I can assure you, none of these has occurred.

As a board member of Shield, it has come to my attention, but not through anything the Two Managers have reported to the SAG Members, that Shield has now paid off the two promissory notes including both the principal and all the interest through November 17, 2011. It is my understanding that SAG was in receipt of these monies over two weeks ago, and that the Two Managers have exercised control over these monies since that time, refusing to distribute the loan proceeds to the SAG Members. These actions of the Two Managers have not been approved or authorized by the SAG Members and directly contradict our interests as a SAG Member and Shield shareholders.

Perhaps most distressing, the actions of the Two Managers are harmful to both the interests of SAG and the shareholders of Shield. Shield is a company that has become a lot more profitable in the past several months, but it is at its essence a sales organization entirely dependent on the personal relationships of certain of its employees with the government purchasers that drive the

# AMPERSAND, RESET & SOUTH EASTERN LP

Samuel Wm Sax
September 13, 2011
Page 2

business. Without the customer contacts, Shield is nothing. It would be a <u>disaster</u> if anything should happen to any of Shield's key contacts with our key customers. There is no doubt in my mind that the actions of the Two Managers are putting those critical relationships at risk, thereby jeopardizing the one shared interest we all have: the long-term financial success of Shield. In that case, nobody wins!

On behalf of the uninformed Members of SAG (and shareholders of Shield), please don't issue any Shield shares to the Two Managers or SAG. I have no idea what the Two Managers are doing. If other SAG Members are "in" on it, that raises even more problems within SAG and the Two Managers, especially in transactions like these where the acquisition of securities is involved.

If and when shares are issued, my brothers and I, for estate reasons, wish the shares be listed in the name of our Trust at The Northern Trust Company.

I am also enclosing a copy of my letter to Mike Weible outlining my position in this matter.

~~Sincerely,~~

James R. Donnelley

JRD/dh
Enclosures
cc: *Distribution List*

# AMPERSAND, RESET & SOUTH EASTERN LP

Page 3

**Distribution List**

Tom Sax
Bob Donnelley
David Donnelley
Terrence Bachner
William Cahill
Daniel & Mary Carol Chrisman
Roger Claar
Burnette and Sophia Cole
Nicole Colvig
Joanne Dickinson
Robert Gianatasio
Andrea Jones
Cary and Maria Kalant
Lisette Kreuzer
George Krug Jr.
Jennifer Krug
Robert Krug
Derek Locke
Paul and Andrea Moreschi
Michael R. Quinlan
Thomas C. Reynolds
Frank and Nancy Salvato
William G. Schmitz
Suzette and Mark Sniegowski
William (Mike) Weible
Jeffrey G. Wingren
William Bryan Zingg
Jennifer S. Zingg

Steve Hendrickson, The Northern Trust
Gregory S. Immell Trust dtd 12/16/04
Susanne S. Immell Trust dtd 12/16/04
Corinne L. Mirable Trust dtd 7/19/93
Charles J. Saporito Jr. Trust
Sheila A. Saporito Trust
Laurie Ann Walsh Trust dtd 4/21/93

Catch-All Insurance Company
CM&P Consultants, LLC
Safety Net Insurance Company