# **EXHIBIT K**

September 20, 2011

## SHIELD ACQUISITION GROUP LLC
## NOTICE TO INVESTORS

The Managers of Shield Acquisition Group LLC ("SAG"), pursuant to section 10.15 of the Limited Liability Company Agreement (the "SAG Operating Agreement"), hereby provide to you, an investor and Member of SAG, notice of action and confirmation of vote. (Unless otherwise defined herein, defined terms shall have the meaning set forth in the SAG Operating Agreement.)

On August 8, 2011, SAG converted $1,147,312.50 of principal and interest of the Notes into 1151 shares of common stock of Shield Technologies Corporation ("Shield"). These additional shares of common stock in Shield give SAG majority, controlling interest in Shield.

As the holder of a majority of the shares of common stock of Shield entitled to vote, SAG is entitled to remove any director or the entire Board of Directors of Shield pursuant to Section 2.2 of Shield's bylaws.

On or about September 14, 2011, pursuant to Section 7.6 of the SAG Operating Agreement, the holders of more than 2/3 of the Units of SAG voted via means of telephonic communications to remove the following directors from the Board of Directors of Shield Technologies Corporation:
  Samuel Wm. Sax
  Thomas F. Sax
  James R. Donnelley.

On or about September 14, 2011, pursuant to Section 7.6 of the SAG Operating Agreement, the holders of more than 2/3 of the Units of SAG voted via means of telephonic communications to direct the remaining directors of Shield Technologies Corporation (Mike Weible and Bryan Zingg) to appoint the following individuals to fill the vacancies on the Board of Directors of Shield Technologies Corporation:
  Thomas C. Reynolds
  Charles "Chuck" Saporito
  Mark Sniegowski.

While no further action is needed with respect to these actions, for the sake of clarity and so that there is clear written record, please execute the attached sheet and return it to SAG Manager, Mark Sniegowski, using the enclosed envelope. If you have any questions please feel free to contact any of us.

Chuck Saporito    Mark Sniegowski    Mike Weible

I, _____, an investor in and Member of Shield Acquisition Group LLC ("SAG"), hereby consent, approve, ratify and affirmative vote in favor of the following actions:

1. The August 8, 2011 conversion by SAG of $1,147,312.50 of principal and interest of the Notes into 1151 shares of common stock of Shield Technologies Corporation ("Shield");

2. The removal of Samuel Wm. Sax, Thomas F. Sax and James R. Donnelley as directors from the Board of Directors of Shield Technologies Corporation on September 14, 2011; and,

3. The appointment of Thomas C. Reynolds, Charles "Chuck" Saporito and Mark Sniegowski as directors on the Board of Directors of Shield Technologies Corporation.

**I acknowledge and agree that in accordance with Section 10.15 of the Limited Liability Company Agreement of SAG, I have received written notice from the Managers of SAG soliciting my consent, approval or affirmative vote and that if I have not expressly denied my consent, approval, or affirmative vote to SAG Manager, Mark Sniegowski within 15 days of this notice, then pursuant to Section 7.6 of the Limited Liability Agreement of SAG I shall be considered to have irrevocably given my consent, approval and affirmative vote to the matters set forth above.**

Name: _____

Date: _____

## **CERTIFICATE OF SERVICE**

I, Mark Sniegowski, a Manager of Shield Acquisition Group LLC ("SAG"), state that in accordance with Section 10.15 of the Limited Liability Company Agreement of SAG, I caused a copy of the attached Notice To Investors of Action and Confirmation of Vote to be sent to the Members of SAG listed on the attached distribution list by overnight mail or hand delivery this 21st day of September 2011.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Mark Sniegowski

Distribution List

Mr. Terrence Bachner
6 N 201 Surrey Road
Wayne, IL 60184

Mr. William Cahill
280 South Street
Elmhurst, IL 60126

Catch-All Insurance Company
13769 Main Street
Lemont, IL 60439

Ms. Mary Carol Chrisman
73 Forest Gate Circle
Oak Brook, IL 60523

Mr. Roger Claar
115 Concord Lane
Bolingbrook, IL 60440

C M & P Consultants
1 Tower Lane, Suite 1800
Oakbrook Terrace, IL 60181

Sophia & Burnette Cole
3460 Twin Berry Court
Bonita Springs, FL 34134

Ms. Joanne Dickenson
1 N 647 Turnberry Lane
Winfield, IL 60190

The David Donnelly Trust
360 North Michigan Ave., #1009
Chicago, IL 60601

The James Donnelly Trust
360 North Michigan Ave., #1009
Chicago, IL 60601

The Robert Donnelly Trust
360 North Michigan Ave., #1009
Chicago, IL 60601

Mr. Robert Gianatasio
5401 Bending Oaks Place
Downers Grove, IL 60515

Gregory S. Immell Dec of Trust
12 Nottingham Drive
Lincolnshire, IL 60069

Gregory & Susanne Immell
12 Nottingham Drive
Lincolnshire, IL 60069

Cary & Maria Kalant
2756 Charlie Court
Glenview, IL 60025

Mr. George Krug, Jr.
13769 Main Street
Lemont, IL 60439

Mr. Robert G. Krug
13769 Main Street
Lemont, IL 60439

Derek & Julie Locke
14921 Woodson St.
Overland Park, KS 66223

James & Corinne Mirabile
608 Lakewood Court
Oak Brook, IL 60523

Paul & Andrea Moreschi
4246 Hampton Ave.
Western Springs, IL 60558

Michael & Marilyn Quinlan
4 Charleton Place
Oak Brook, IL 60523

The Thomas Reynolds Trust
1000 Jorie Blvd., Suite 140
Oak Brook, IL 60523

Safety Net Insurance Company
13769 Main Street
Lemont, IL 60439

Mr. Frank Salvato
232 Wiltshire Lane
Severna Park, MD 21146

The Sheila Saporito Trust
99 Briarwood Circle
Oak Brook, IL 60523

The Charles Saporito Trust
99 Briarwood Circle
Oak Brook, IL 60523

Ms. Carol Schmitz
1010 S Hamlin Ave.
Park Ridge, IL 60068

Suzette & Mark Sniegowski
11919 Pine Avenue
Lemont, IL 60439

The Laurie Ann Walsh Trust
1050 W. Lily Cache
Bolingbrook, IL 60440

William & Shelley Weible
2135 Fairway Court
St. Charles, IL 60174

Mr. Jeff Wingren
218 West Hickory
Hinsdale, IL 60521

Jennifer & William Zingg
14935 Outlook
Overland Park, KS 66223

William Zingg
14935 Outlook
Overland Park, KS 66223

Ms. Nicole L. Colvig
608 Lakewood Court
Oak Brook, IL 60523

Ms. Andrea N. Jones
2129 W. Belmont Avenue, #3E
Chicago, IL 60618

Ms. Lisette Kreuzer
3631 N. Halsted, #303
Chicago, IL 60613