UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIELD TECHNOLOGIES CORPORATION | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-7050 |
| | ) | |
| SHIELD ACQUSITION GROUP, LLC | ) | |
| | ) | *Judge John W. Darrah* |
| | ) | |
| DEFENDANT | ) | *Magistrate Sheila Finnegan* |

## MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

Defendant, Shield Acquisition Group, LLC., by and through its attorneys of record, for their motion for an enlargement of time to file its answer or other responsive pleading to Plaintiff, Shield Technologies Corporation's Complaint ("Plaintiff"), state as follows:

1. On October 6, 2011, Plaintiff filed the instant three count declaratory judgment action against Defendant.

2. Defendant was served with the Summons and Complaint in this matter on October 10, 2011.

3. Defendant's answer or responsive pleading is currently due on October 31, 2011.

4. Counsel for Defendant was recently engaged and has not had the opportunity to discuss this matter with Defendant and to adequately prepare a responsive pleading to the Complaint.

5. Defendant requests that the Court enter an Order allowing Defendant through and including November 30, 2011 to file its answer or other responsive pleading to the

Complaint.

6. This motion is brought in the interests of justice and not for the purposes of delay. In addition, there will be no prejudice to Plaintiff if the Court allows the requested enlargement of time.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order granting Defendant Shield Acquisition Group, LLC through and including November 31, 2011 to file its answer or other responsive pleading to Plaintiff's Complaint and any other such further relief as this Honorable Court deems just and appropriate.

October 31, 2011                              Respectfully Submitted,

                                              SHIELD ACQUISITION GROUP

                                              By:s/  Eric D. Kaplan
                                              Eric D. Kaplan (ekaplan@kpglaw.com)
                                              KAPLAN PAPADAKIS & GOURNIS, P.C.
                                              180 N. LaSalle Street, Suite 2108
                                              Chicago, Illinois 60601
                                              Phone: (312) 726-0531
                                              Fax:   (312) 726-4928

Eric D. Kaplan
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 North LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531