**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHIELD TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | Case No. 11-CV-7050 |
| | ) | |
| SHIELD ACQUISITION GROUP, LLC | ) | *Judge John W. Darrah* |
| | ) | *Magistrate Sheila Finnegan* |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now Come George L. Grumley and Richard C. Carey, pursuant to Local Rule 83.17, and move this Honorable Court for leave to withdraw their appearances for Samuel William Sax, stating in support as follows:

1. George L. Grumley and Richard C. Carey entered their appearance for Samuel Sax on April 2, 2012 for the limited purpose of representing Mr. Sax in any proceedings arising out of a Motion for Rule to Show Cause filed by Shield Acquisition Group, LLC.

2. Recently, Shield Acquisition Group, LLC ("SAG") has filed several motions which seek to compel Mr. Sax to sign a settlement agreement which was orally entered into before the Court.

3. The settlement documents prepared by SAG specifically provide that Messrs Grumley and Carey would have to be releasors and releasees to a wide variety of claims by virtue of the fact that the parties to the settlement agreement are defined to include the parties' attorneys.

4. For professional reasons Messrs Grumley and Carey cannot agree to such terms.

5. A copy of this Motion and Notice of Motion have been personally delivered to Samuel Sax.

WHEREFORE, Mr. George L. Grumley, Mr. Richard C. Carey, and the firm of Grumley, Kamin & Rosic, LLC pray this Honorable Court to grant them leave to withdraw their appearances as Mr. Samuel Sax's attorneys and for such other relief as the Court may provide.

                                                      Respectfully submitted,

                                      BY:   /s/ George L. Grumley

                                      BY:   /s/ Richard C. Carey

George L. Grumley    #1077139  
Richard C. Carey     #6296032  
GRUMLEY, KAMIN & ROSIC, LLC  
Three First National Plaza  
70 W. Madison, Suite 2100  
Chicago, IL. 60602  
312 994-0540 (o) * 312 994-0541 (f)